IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON LEE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-805-WKW |
| | ) | |
| THE CITY OF MONTGOMERY, | ) | |
| DAVID E. SHIRAH, MATTHEW | ) | |
| D. GEIER, and BLAKE F. | ) | |
| HICKS, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 15, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED;

(2) Plaintiff's Motion for Voluntary Dismissal (Doc. # 20) is GRANTED;

(3) All claims presented in Plaintiff's Complaint against Defendant Blake F. Hicks are DISMISSED without prejudice and Mr. Hicks is DISMISSED from this action; and

(4) This action is REFERRED back to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.

DONE this 9th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE