IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON LEE WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:17-cv-805-ALB-SMD |
| CITY OF MONTGOMERY, *et al.*, | ) |
| Defendants. | ) |

# **ORDER**

This matter comes before the Court on the Magistrate Judge's recommendation that the Defendants Matthew D. Geier, David E. Shirah, and the City of Montgomery's Motion for Summary Judgment (Doc. 33) be GRANTED and that Plaintiff's complaint be DISMISSED in its entirety with prejudice.

The Court has considered Plaintiff's timely objection (Doc. 47) and has identified no ground upon which to disagree with the Magistrate Judge's recommendation. Video evidence establishes that the police officers did not enter the suspect's house, and Plaintiff does not dispute that he looks almost identical to the suspect for which the officers had a valid arrest warrant. *See Rodriguez v. Farrell*, 280 F.3d 1341 (11th Cir. 2002). Video evidence also establishes that, although the

officers used force to make the arrest, it was the kind of force that the Eleventh Circuit has held to be reasonable. *See Nolin v. Isbell*, 207 F.3d 1253 (11th Cir. 2000).

Upon an independent and de novo review of the record, it is ORDERED that:

1. The United States Magistrate Judge's recommendation (Doc. 46) is adopted.

2. Plaintiff's objection (Doc. 47) is overruled.

3. Defendants Matthew D. Geier, David E. Shirah, and the City of Montgomery's Motion for Summary Judgement is GRANTED and plaintiff's complaint is DISMISSED with prejudice.

A separate judgment will be entered.

**DONE** and **ORDERED** this 7th day of November 2019.

      /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE